

# CORTE D'APPELLO DI ROMA

Ufficio Unico Notificazioni Esecuzioni e Protesti
## Autorità Centrale Atti Esteri
Viale Giulio Cesare, 52 – 00192 Roma

Vs ref:        937 A/bis 2025                                    Spett.le Unep MONZA

omissis

§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§

Ns ref:        Prot. 3805/2025                    **Convenzione dell'Aja 15/11/1965**

Si restituisce per gli adempimenti di competenza la presente documentazione pervenuta per errore a questa Autorità Centrale: l'Ufficiale Giudiziario competente territorialmente richiesto per la notifica, previa autorizzazione della locale Procura, dopo aver espletato tutta l'attività notificatoria predispone e sottoscrive l'attestazione, prevista dall'Art.6 Convenzione de L'Aja 15/11/1965 Mod. 1 faccia B, in lingua inglese o francese oppure nella lingua dello Stato mittente e restituisce tutta la documentazione senza indugio all'Autorità Straniera richiedente.

Roma,    26/02/2026

Ministero della Giustizia
**Unep Roma - Maurizio Colombrino**
**Funzionario Preposto Autorità Centrale**

maurizio.colombrino@giustizia.it



# PROCURA DELLA REPUBBLICA
## Presso il TRIBUNALE di MONZA
*Tel. 039.2085486 – e.mail economato.procura.monza@giustizia.it*

Prot. **15/2025** N.E.A.
Rif prot. n. 3805 del 17/11/2025

UFFICIO UNICO DEGLI UFFICIALI GIUDIZIARI
C/O LA CORTE D'APPELLO di ROMA
Sezione Notifiche Estere
Viale Giulio Cesare n. 52
**00192  – ROMA -**

Oggetto: atti giudiziari estero da notificare a: **CORDEN PHARMA spa** di Caponago

Si rende l'atto estero regolarmente notificato

Cordiali saluti.

Monza 18/2/26

Il Procuratore della Repubblica
Dott. Claudio Gittardi



# PROCURA DELLA REPUBBLICA
### presso il TRIBUNALE di MONZA
#### Ufficio Affari Civili - Economato
*Tel. 039.2085486 – e.mail economato.procura.monza@giustizia.it*

---

| P.M. 15/25 NEA | *( da citare nella corrispondenza )* |
| --- | --- |

**Il Procuratore della Repubblica**

Vista la richiesta prot. 3805 datata 17/11/2025 della Corte d'Appello di Roma – Ufficio Notifiche Esecuzioni e Protesti – Sezione Notifiche Estere con la quale si richiede la notificazione di atto giudiziario estero a:

**CORDEN PHARMA spa**
Viale delle Industrie 3
20867 – CAPONAGO

Visto l'art. 71 Legge 31/05/1995 n. 218

### AUTORIZZA E RICHIEDE

all'Ufficiale giudiziario di Monza, competente nel territorio, la notifica del suddetto atto.

Monza, 11/12/25

Il Procuratore della Repubblica
dott. Claudio Gittardi

UNEP - MONZA

Abis/0 Cr. 937

Rif. P.M. 15/25 Sez UFFICIO
AFFARI CIVILI

NON URGENTE

| Trasferte | 10,46 |
| --- | --- |
| Spese Postali | 0,00 |
| TOTALE | 10,46 |

# UNEP - TRIBUNALE DI MONZA

Distinta di restituzione atti a richiesta di Autorità Giudiziaria

12/01/2026

Modello Abis/0                                                                           05/01/2026

PROCURA DELLA REPUBBLICA MONZA  .

| Num. | Cron. | R.G. | Destinatario | Destinazione |
|------|-------|------|--------------|--------------|
|  | 937 | 0 | P.M. 15/25 UFFICIO AFFARI | CORDEN PHARMA SPA | CAPONAGO |



# CORTE D'APPELLO DI ROMA
## UFFICIO NOTIFICHE ESECUZIONI E PROTESTI

*Sezione Notifiche Estere*

Viale Giulio Cesare, 52 – 00192 Roma
Tel.06328367058/59

> PROCURA DELLA REPUBBLICA
> MONZA
> UFFICIO SEGRETERIA - ricezione atti
>
> . 2 DIC 2025
>
> Prot. N. _____

**Prot. 3805**

**Alla PROCURA DELLA REPUBBLICA
PRESSO IL TRIBUNALE DI MONZA
VIA L SOLERA, 3. 20900 MONZA**

**Oggetto: richiesta apposizione Visto
secondo il disposto dell'art. 71 L.218/95**

Spett.le Ufficio,
si inoltra l'unito atto proveniente dall'estero ai sensi della Convenzione de l'Aja del 15/11/1965 affinché venga apposto il  Visto di cui all'oggetto così da poter procedere alla notifica, tramite l'Unep territorialmente competente, al seguente destinatario:

**CORDEN  PHARMA  S.P.A.. VIALE  DELLE  INDUSTRIE,  3. 20867 CAPONAGO.**

L'Unep territorialmente competente, dopo aver espletato l'incarico, dovrà, come previsto dalla normativa vigente, restituire direttamente all'Autorità Estera richiedente. Nel ringraziare per la sempre cortese collaborazione, l'occasione sia gradita per rinnovare i più cordiali saluti.

Roma, 17/11/2025



MODULO K

---

**CERTIFICATO DI AVVENUTA O MANCATA NOTIFICAZIONE O COMUNICAZIONE**
(Articoli 11, paragrafo 2, 12, paragrafo 4 e 14 del regolamento (UE) 2020/1784 del Parlamento europeo e del Consiglio del 25 novembre 2020 relativo alla notificazione e alla comunicazione negli Stati membri degli atti giudiziari ed extragiudiziali in materia civile o commerciale (notificazione e comunicazione degli atti) (22)] ($^1$))

---

La notificazione o la comunicazione è effettuata nel più breve tempo possibile. Se non è stato possibile notificare o comunicare l'atto entro un mese dalla ricezione, l'organo ricevente ne informa l'organo mittente [articolo 11, paragrafo 2, del regolamento (UE) 2020/1784]

n. di riferimento dell'organo mittente:

N. di riferimento dell'organo ricevente:

Destinatario:

... *CORDON PHARMA SpA. V.le Salustre 3 Caponif.*

**1. ESPLETAMENTO DELLA NOTIFICAZIONE O DELLA COMUNICAZIONE (articolo 14)**

1.1. Data e luogo della notificazione o della comunicazione:

*30/12/2025 V.le Salustre 3 Copany*

1.2. L'atto è stato

☐ 1.2.1. notificato o comunicato a norma della legge dello Stato membro richiesto, ossia:

☒ 1.2.1.1. consegnato

☐ 1.2.1.1.1. in mani proprie al destinatario

☒ 1.2.1.1.2. a un'altra persona

1.2.1.1.2.1. Nome: *GULLO ROBERTO.*

1.2.1.1.2.2. Indirizzo:

1.2.1.1.2.2.1. Via + numero civico/casella postale

1.2.1.1.2.2.2. Luogo + codice postale

1.2.1.1.2.2.3. Paese

1.2.1.1.2.3. Natura del legame con il destinatario:

☐ familiare

☒ dipendentealtro

☐ Altro

☐ 1.2.1.1.3. presso il recapito del destinatario

☐ 1.2.1.1.4. presso un altro recapito

Please specify

☐ 1.2.1.2. notificato o comunicato mediante servizi postali

☐ 1.2.1.2.1. senza ricevuta di ritorno

☐ 1.2.1.2.2. con ricevuta di ritorno acclusa

☐ 1.2.1.2.2.1. del destinatario

☐ 1.2.1.2.2.2. di un'altra persona

1.2.1.2.2.2.1. Nome:

☐

1.2.1.2.2.2.2. Indirizzo:

1.2.1.2.2.2.2.1. Via + numero civico/casella postale:

☐

1.2.1.2.2.2.2.2. Luogo + codice postale:

☐

1.2.1.2.2.2.2.3. Paese:

☐

1.2.1.2.2.2.3. Natura del legame con il destinatario:

☐ family

☐ employee

☐ Altro

☐ 1.2.1.3. notificato o comunicato per via elettronica (precisare):

☐

☐ 1.2.1.4. notificato o comunicato in altra forma (precisare):

☐ ...

☐ 1.2.2. notificato o comunicato nella forma particolare seguente (precisare):

☐ ...

☐ 1.3. Il destinatario dell'atto è stato informato per iscritto, conformemente all'articolo 12, paragrafo 2 del regolamento (UE) 2020/1784, della sua facoltà di rifiutare di accettare l'atto se non è redatto o corredato di una traduzione in una lingua di sua comprensione o nella lingua ufficiale o in una delle lingue ufficiali del luogo di notificazione o di comunicazione.

2. INFORMAZIONE A NORMA DELL'ARTICOLO 11, PARAGRAFO 2, DEL REGOLAMENTO (UE) 2020/1784

☐ Non è stato possibile effettuare la notificazione o la comunicazione entro un mese dalla ricezione.

3. RIFIUTO DELL'ATTO [Articolo 12, paragrafo 4, del regolamento (UE) 2020/1784]

☐ 3.1. Il destinatario ha rifiutato di accettare l'atto a causa della lingua utilizzata

3.1.1. Data del tentativo di notificazione o comunicazione:

☐

3.1.2. Data del rifiuto, se disponibile:

☐

☐ 3.2. Si allega l'atto al presente certificato.

☐ 3.2.1. Sì

☐ 3.2.2. No

4. MOTIVO DELLA MANCATA NOTIFICAZIONE O COMUNICAZIONE DELL'ATTO

☐ 4.1. Indirizzo sconosciuto

4.1.1. Sono state adottate misure per stabilire il recapito

☐ Sì

☐ No

☐ 4.2. Destinatario irreperibile

☐ 4.3. Impossibilità di notificare l'atto entro la data o la scadenza di cui alla voce 6.2. della domanda di notificazione o di comunicazione di un atto (modulo A)

☐ 4.4. Altro (precisare)

| |
|---|

4.5. Si allega l'atto al presente certificato

☐ Sì
☐ No

Fatto a:

| CAPONPA    Vìle Delle Induslrie 3 |
|---|

Data:

| 30/12/04 |
|---|

Firma e/o timbro o firma elettronica e/o sigillo elettronico:

UFFICIALE GIUDIZIARIO
TRIBUNALE DI MONZA
Gaetano Arcadipane

---

(1) GU L 405, del 2.12.2020, pag. 1
(2) GU L 405, del 2.12.2020, pag. 40.
(2) Da compilare a cura dell'autorità che procede alla notificazione/comunicazione.

ORIGINALE DA RESTITUIRE
ORIGINAL TO RETURN
ORIGINAL A RETOURNER

# DOMANDA
## AI FINI DELLA NOTIFICA O DELLA COMUNICAZIONE ALL'ESTERO DI UN ATTO GIUDIZIARIO O EXTRAGIUDIZIARIO

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convenzione relativa alla notificazione e alla comunicazione all'estero degli atti giudiziari e extragiudiziari in materia civile o commerciale,
**firmata all'Aja il 15 novembre 1965.**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| Identità e indirizzo del richiedente | Indirizzo dell'autorità destinataria |
|---|---|
| Identity and address of the applicant | Address of receiving authority |
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| L. Celeste Ingalls | Ufficio Unico Ufficiali Giudiziari |
| Crowe Foreign Services | presso la Corte d'Appello di Roma |
| 733 SW Vista Avenue | Viale Giulio Cesare, 52 |
| Portland, Oregon 97205   USA | 00192 ROMA |
| Lci@foreignservices.com | Tel. 3906-3283 67058 Fax: 3906-3283 67933 |

**Il richiedente sottoscritto si pregia di far pervenire, in duplice esemplare, all'autorità destinataria i documenti sopra indicati, chiedendo in conformità all'articolo 5 della Convenzione citata, di far consegnare senza ritardo un esemplare al destinatario, precisamente:**

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

| (identità e indirizzo) |
|---|
| (identity and address) / *(identité et adresse)* |
| Corden Pharma S.p.A. |
| Viale dell'Industria, 3 |
| 20867 Caponago MB, Italy |

| | | |
|---|---|---|
| ☒ | a) | **Secondo le forme di legge (art. 5 comma 1 lett. a)\*** <br> in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\* <br> *selon les formes légales (article 5, alinéa premier, lettre a)\** |
| ☐ | b) | **Secondo la forma particolare seguente (art. 5 comma 1 lett. b) \*** <br> in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*: <br> *selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* :* <br> _____ |
| ☐ | c) | **Se del caso, mediante semplice consegna (art. 5 comma 2)\*** <br> by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\* <br> *le cas échéant, par remise simple (article 5, alinéa 2)\** |

**Detta autorità è pregata di restituire o far restituire al richiedente un esemplare dell'atto – e relativi allegati\* - con l'attestazione allegata.**

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\*- avec l'attestation ci-jointe.*

### *Elenco degli atti*
List of documents / *Énumération des pièces*

- Hague Summary with Warning Page
- Summons
- Notice of Dispute Resolution Alternatives
- Complaint for Avoidance and Recovery of Transfers, with Exhibit A
- with Italian translations of all

- Case No. 23-10253 (KBO)/Adv. Proc. No. 25-50118 (KBO)

\* Dove appropriato
*if appropriate / s'il y a lieu*

| | |
|---|---|
| **Fatto a** Portland, Oregon USA <br> Done at / *Fait à* <br> il __3 Oct 2025__ <br> the / *le* | **Firma e/o timbro** <br> Signature and/or stamp / *Signature et / ou cachet* <br> *[signature]* |

MODULO K

CERTIFICATO DI AVVENUTA O MANCATA NOTIFICAZIONE O COMUNICAZIONE
(Articoli 11, paragrafo 2, 12, paragrafo 4 e 14 del regolamento (UE) 2020/1784 del Parlamento europeo e del Consiglio del 25 novembre 2020 relativo alla notificazione e alla comunicazione negli Stati membri degli atti giudiziari ed extragiudiziali in materia civile o commerciale (notificazione e comunicazione degli atti) (22)] (¹))

La notificazione o la comunicazione è effettuata nel più breve tempo possibile. Se non è stato possibile notificare o comunicare l'atto entro un mese dalla ricezione, l'organo ricevente ne informa l'organo mittente [articolo 11, paragrafo 2, del regolamento (UE) 2020/1784]

n. di riferimento dell'organo mittente:

N. di riferimento dell'organo ricevente:

Destinatario:

CORDON PHARMA SpA.
V.le Silvestri 3 Caponago

1. ESPLETAMENTO DELLA NOTIFICAZIONE O DELLA COMUNICAZIONE (articolo 14)

1.1. Data e luogo della notificazione o della comunicazione:
30/12/2025 V.le Silvestri 3 Caponago

1.2. L'atto è stato

☐ 1.2.1. notificato o comunicato a norma della legge dello Stato membro richiesto, ossia:

☒ 1.2.1.1. consegnato

☐ 1.2.1.1.1. in mani proprie al destinatario

☒ 1.2.1.1.2. a un'altra persona

1.2.1.1.2.1. Nome: Gullo Roberto.

1.2.1.1.2.2. Indirizzo:

1.2.1.1.2.2.1. Via + numero civico/casella postale

1.2.1.1.2.2.2. Luogo + codice postale

1.2.1.1.2.2.3. Paese

1.2.1.1.2.3. Natura del legame con il destinatario:

☐ familiare
☒ dipendentealtro
☐ Altro

☐ 1.2.1.1.3. presso il recapito del destinatario

☐ 1.2.1.1.4. presso un altro recapito

Please specify

☐ 1.2.1.2. notificato o comunicato mediante servizi postali

☐ 1.2.1.2.1. senza ricevuta di ritorno

☐ 1.2.1.2.2. con ricevuta di ritorno acclusa

☐ 1.2.1.2.2.2. di un'altra persona

1.2.1.2.2.2.1. Nome:

1.2.1.2.2.2.2. Indirizzo:

1.2.1.2.2.2.2.1. Via + numero civico/casella postale:

1.2.1.2.2.2.2.2. Luogo + codice postale:

1.2.1.2.2.2.2.3. Paese:

1.2.1.2.2.2.3. Natura del legame con il destinatario:

☐ family

☐ employee

☐ Altro

☐ 1.2.1.3. notificato o comunicato per via elettronica (precisare):

☐ 1.2.1.4. notificato o comunicato in altra forma (precisare):

...

☐ 1.2.2. notificato o comunicato nella forma particolare seguente (precisare):

...

☐ 1.3. Il destinatario dell'atto è stato informato per iscritto, conformemente all'articolo 12, paragrafo 2 del regolamento (UE) 2020/1784, della sua facoltà di rifiutare di accettare l'atto se non è redatto o corredato di una traduzione in una lingua di sua comprensione o nella lingua ufficiale o in una delle lingue ufficiali del luogo di notificazione o di comunicazione.

2. INFORMAZIONE A NORMA DELL'ARTICOLO 11, PARAGRAFO 2, DEL REGOLAMENTO (UE) 2020/1784

☐ Non è stato possibile effettuare la notificazione o la comunicazione entro un mese dalla ricezione.

3. RIFIUTO DELL'ATTO [Articolo 12, paragrafo 4, del regolamento (UE) 2020/1784]

☐ 3.1. Il destinatario ha rifiutato di accettare l'atto a causa della lingua utilizzata

3.1.1. Data del tentativo di notificazione o comunicazione:

3.1.2. Data del rifiuto, se disponibile:

☐ 3.2. Si allega l'atto al presente certificato.

☐ 3.2.1. Sì

☐ 3.2.2. No

4. MOTIVO DELLA MANCATA NOTIFICAZIONE O COMUNICAZIONE DELL'ATTO

☐ 4.1. Indirizzo sconosciuto

4.1.1. Sono state adottate misure per stabilire il recapito

☐ Sì

☐ No

☐ 4.2. Destinatario irreperibile

4.3. Impossibilità di notificare l'atto entro la data o la scadenza di cui alla voce 6.2. della domanda di notificazione o di comunicazione di un atto (modulo A)

☐ 4.4. Altro (precisare)

4.5. Si allega l'atto al presente certificato

☐ Sì
☐ No

Fatto a:

*Caronia   V.le Delle Industrie 3*

Data:

*30/12/09*

Firma e/o timbro o firma elettronica e/o sigillo elettronico:

UFFICIALE GIUDIZIARIO
TRIBUNALE DI MONZA
Gaetano Arcadipane

(¹) GU L 405, del 2.12.2020, pag. 1
(²) GU L 405, del 2.12.2020, pag. 40.
(²) Da compilare a cura dell'autorità che procede alla notificazione/comunicazione.

# DOMANDA
## AI FINI DELLA NOTIFICA O DELLA COMUNICAZIONE ALL'ESTERO DI UN ATTO GIUDIZIARIO O EXTRAGIUDIZIARIO
REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convenzione relativa alla notificazione e alla comunicazione all'estero degli atti giudiziari e extragiudiziari in materia civile o commerciale,
**firmata all'Aja il 15 novembre 1965.**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| Identità e indirizzo del richiedente | Indirizzo dell'autorità destinataria |
|---|---|
| Identity and address of the applicant | Address of receiving authority |
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| L. Celeste Ingalls | Ufficio Unico Ufficiali Giudiziari |
| Crowe Foreign Services | presso la Corte d'Appello di Roma |
| 733 SW Vista Avenue | Viale Giulio Cesare, 52 |
| Portland, Oregon 97205   USA | 00192 ROMA |
| Lci@foreignservices.com | Tel.: 3906-3283 67058 Fax: 3906-3283 67933 |

**Il richiedente sottoscritto si pregia di far pervenire, in duplice esemplare, all'autorità destinataria i documenti sopra indicati, chiedendo in conformità all'articolo 5 della Convenzione citata, di far consegnare senza ritardo un esemplare al destinatario, precisamente:**
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**(identità e indirizzo)**
(identity and address) / *(identité et adresse)*
Corden Pharma S.p.A.
Viale dell'Industria, 3
20867 Caponago MB, Italy

| ☒ | a) | **Secondo le forme di legge (art. 5 comma 1 lett. a)\*** |
|---|---|---|
| | | in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\* |
| | | *selon les formes légales (article 5, alinéa premier, lettre a)\** |
| ☐ | b) | **Secondo la forma particolare seguente (art. 5 comma 1 lett. b) \*** |
| | | in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*: |
| | | *selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* :* |
| | | _____ |
| ☐ | c) | **Se del caso, mediante semplice consegna (art. 5 comma 2)\*** |
| | | by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5) \* |
| | | *le cas échéant, par remise simple (article 5, alinéa 2) \** |

**Detta autorità è pregata di restituire o far restituire al richiedente un esemplare dell'atto – e relativi allegati\* - con l'attestazione allegata.**
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\*- avec l'attestation ci-jointe.*

*Elenco degli atti*
List of documents / *Énumération des pièces*

- Hague Summary with Warning Page
- Summons
- Notice of Dispute Resolution Alternatives
- Complaint for Avoidance and Recovery of Transfers, with Exhibit A
- with Italian translations of all
- 
- Case No. 23-10253 (KBO)/Adv. Proc. No. 25-50118 (KBO)

\* Dove appropriato
if appropriate / *s'il y a lieu*

| **Fatto a** Portland, Oregon USA | **Firma e/o timbro** |
|---|---|
| Done at / *Fait à* | Signature and/or stamp / *Signature et / ou cachet* |
| il ___3 Oct 2025___ | |
| the / *le* | L Celeste Ingalls |