**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>CORDEN PHARMA SPA,<br><br>Defendant. | Adv. Proc. No. 25-50118 (KBO)<br><br>**Re: Adv. D.I. 1 & 3** |

**MOTION OF CHAPTER 7 TRUSTEE FOR ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7012(A)(2) SETTING DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

George L. Miller, solely in his capacity as Chapter 7 Trustee for the estates of the above-captioned Debtors and as plaintiff in the above-captioned adversary proceeding ("**Plaintiff**"), hereby moves for entry of an order setting the deadline for the above-captioned defendant ("**Defendant**") to respond to the complaint [Adv. D.I. 1] giving rise to this adversary proceeding. In support of the same, Plaintiff states as follows:

**BACKGROUND**

1.      On February 10, 2025, Plaintiff filed the Complaint.  Upon information and belief, Defendant is an Italian-based entity.  Accordingly, Plaintiff was obligated to effectuate service of

---

[1]      The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123); and Akorn Operating Company LLC (6184). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

the Complaint via the Hague Service Convention.

2.    On December 30, 2025, Plaintiff effectuated service of the Complaint and related summons in accordance with the laws of Austria under Article 5 of the Hague Service Convention. Proof of service is docketed herein at Adv. D.I. 4.

## RELIEF REQUESTED

3.    Rule 7012(a)(2) of the Federal Rules of Bankruptcy Procedure provides that the "court must set the time to serve an answer to a complaint . . . served on a party in a foreign country." Fed. R. Bankr. P. 7012(a)(2).

4.    Despite proper service of the Complaint, Plaintiff has not received any communication from Defendant, unlike other defendants Plaintiff has served under the Hague Service Convention in these cases.  Accordingly, Plaintiff requests that the Court enter an order setting a response date of May 5, 2026 for Defendant to answer or otherwise respond to the Complaint.  Attached hereto as **Exhibit A** is a proposed form of order (the "**Proposed Order**") consistent with this request.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: April 7, 2026
Wilmington, Delaware

**SAUL EWING LLP**

*/S/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: evan.miller@saul.com
        paige.topper@saul.com

*Counsel for Plaintiff*