**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>CORDEN PHARMA SPA,<br><br>Defendant. | Adv. Proc. No. 25-5011 (KBO) |

**CERTIFICATE OF SERVICE**

I, Evan T. Miller, hereby certify that, on April 7, 2026, I caused a copy of the *Motion of Chapter 7 Trustee for Order Pursuant to Federal Rule of Bankruptcy Procedure 7012(a)(2) Setting Deadline for Defendant to Answer or Otherwise Respond to Complaint* to be served via United States First Class International mail on the Defendant as set forth below.

> Corden Pharma SPA
> Viale dell'Industria, 3
> 20867 Caponago
> Monza Brianza
> Italy

*[remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123); and Akorn Operating Company LLC (6184). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

57600112.2
393059-00001 57600112.1

2

**SAUL EWING LLP**

By:  */s/ Evan T. Miller*
     Evan T. Miller (DE Bar No. 5364)
     1201 N. Market Street, Suite 2300
     Wilmington, DE 19801
     Telephone:  (302) 421-6800

     *Counsel for Plaintiff*

Dated: April 7, 2026

57600112.2
393059-00001

57600112.1