**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>        Plaintiff,<br>      v.<br><br>CORDEN PHARMA SPA,<br><br>        Defendant. | Adv. Proc. No. 25-50118 (KBO)<br><br><br>**Adv. D.I.: 1, 3, 4, & 5** |

**CERTIFICATE OF NO OBJECTION TO MOTION OF CHAPTER 7
TRUSTEE FOR ORDER PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 7012(A)(2) SETTING DEADLINE FOR
DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO
COMPLAINT**

The undersigned special counsel to George L. Miller, the Chapter 7 Trustee (the "Trustee")

for the estate of the above-captioned debtors (the "Debtors") hereby certifies that:

1.      On April 7, 2026, the *Motion Of Chapter 7 Trustee For Order Pursuant To Federal*

*Rule Of Bankruptcy Procedure 7012(A)(2) Setting Deadline For Defendant To Answer Or*

*Otherwise Respond To Complaint* [Adv D.I. 5]  (the "Motion") was filed with the Court.

2.      Objections, if any, to the Motion were required to have been filed with the Court

and served on the undersigned so as to be received on or before April 21, 2026 (the "Objection

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184).  The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

Deadline").

3.     The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4.     Accordingly, the Motion may be granted.

WHEREFORE, the Trustee respectfully requests that an order, substantially in the form attached to the Motion and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: April 24, 2026
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone:  (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Counsel to the Chapter 7 Trustee*

57743122.1
393059-00001

2