## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>CORDEN PHARMA SPA,<br><br>Defendant. | <br><br><br><br>Adv. Pro. No. 25-50118 (KBO)<br><br><br>**Related Adv D.I.: 14** |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that, on May 28, 2026, I caused a copy of the *Judgment by Default* to be served on the Defendant as set forth below.

**Via International First Class United States mail**
Corden Pharma Spa
Viale dell'Industria, 3
20867 Caponago
Monza Brianza
Italy

I, Evan T. Miller, also hereby certify that on May 28, 2026, I caused a copy of *Judgment by Default* to be served on the Defendant via email as follows:

Naoki Takei (email: naoki.takei@cordenpharma.com)

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

57965995.1
393059-00001

2

/s/ Evan T. Miller
Evan T. Miller (DE Bar No. 5364)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899