## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br><br>          Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>          Plaintiff,<br><br>v.<br><br>CORDEN PHARMA SPA,<br><br>          Defendant. | Adv. Proc. No. 25-50118 (KBO)<br><br><br><br>**Re: D.I. 10, 11 & 13** |

## JUDGMENT BY DEFAULT

Upon consideration of *Plaintiff's Motion for Entry of Default Judgment Pursuant to Federal Rule of Bankruptcy Procedure 7055* (the "Motion");[2] and it further appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation thereon,

**NOW, THEREFORE, THE COURT HEREBY FINDS THAT:**

A.      Notice of the Motion was adequate.

B.      Sufficient legal and factual bases exist for the relief requested in the Motion.

---

[1]      The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

[2]      Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

C.     The Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157(b)(2) and 1334.

D.     Plaintiff has requested entry of default and has filed a declaration in support of the Motion stating, upon information and belief, that Defendant is not in the military service and is not an infant or incompetent person.

E.     The Court finds that default has been entered by the Clerk of the Court against Defendant [Adv. D.I. 10].

F.     Plaintiff has filed a declaration in connection with the Motion showing the amount due to Plaintiff, which is a sum certain.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1.     Default judgment is hereby entered against Defendant in favor of Plaintiff as to Counts I and II  of the Complaint avoiding the Transfers described therein.

2.     Default judgment is hereby entered against Defendant in favor of Plaintiff as to Count III of the Complaint in the amount of $128,787.63 pursuant to Federal Rule of Civil Procedure 55(b)(2), made applicable to the Adversary Proceeding by Bankruptcy Rule 7055, plus post-judgment interest.

3.     Default judgment is hereby entered against Defendant in favor of Plaintiff as to Count IV of the Complaint.  All claims filed or that may be filed on account of a debt owed to Defendant are DISALLOWED unless Defendant pays Plaintiff the amount owed pursuant to paragraph 2 of this Order.

4.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 28th, 2026
Wilmington, Delaware

Ka B. Ow—.
KAREN B. OWENS
CHIEF JUDGE

57950484.1
393059-00001
56078078.1

3

United States Bankruptcy Court
District of Delaware

Miller,
      Plaintiff                                                                                        Adv. Proc. No. 25-50118-KBO

Corden Pharma Spa,
      Defendant

# CERTIFICATE OF NOTICE

District/off: 0311-1                        User: admin                                          Page 1 of 2

Date Rcvd: May 28, 2026                     Form ID: pdfjo                                        Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | May 28 2026 20:33:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | May 28 2026 20:33:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| pla | Email/Text: gmiller@mctllp.com | May 28 2026 20:33:00 | George L. Miller, 1628 John F. Kennedy Blvd., Suite 950, Philadelphia, PA 19103-2110 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Corden Pharma Spa |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name                           Email Address**

District/off: 0311-1                           User: admin                                    Page 2 of 2
Date Rcvd: May 28, 2026                        Form ID: pdfjo                                 Total Noticed: 3

Evan T. Miller

   on behalf of Plaintiff George L. Miller evan.miller@saul.com  robyn.warren@saul.com;sean.kenny@saul.com

Michelle G. Novick

   on behalf of Plaintiff George L. Miller michelle.novick@saul.com

Paige Noelle Topper

   on behalf of Plaintiff George L. Miller paige.topper@saul.com  cassandra.joyner@saul.com

Steven C. Reingold

   on behalf of Plaintiff George L. Miller steven.reingold@saul.com  michele.urann@saul.com

Turner Falk

   on behalf of Plaintiff George L. Miller turner.falk@saul.com  tnfalk@recap.email


TOTAL: 5